UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

*In Re:*

Chapter 13
Case No. 18-70350-WLH

TARUS TERRELL YOUNG, **Debtor,**
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, **Creditor,**

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel

for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.

    BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

    BY: /s/ ABBEY ULSH DREHER    12/19/2018
        ABBEY ULSH DREHER
        GA NO. 113608
        4004 Belt Line Rd Ste. 100
        ADDISON, TX 75001
        Telephone: (972) 341-0500
        Facsimile: (972) 661-7725
        E-mail: GA.ND.ECF@BDFGROUP.COM
        ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ ABBEY ULSH DREHER                        12/19/2018
    ABBEY ULSH DREHER
    GA NO. 113608
    4004 Belt Line Rd Ste. 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    Facsimile: (972) 661-7725
    E-mail: GA.ND.ECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
TARUS TERRELL YOUNG
3727 MILFORD PLACE
ATLANTA, GA 30331

**DEBTOR'S ATTORNEY:**
HOWARD P. SLOMKA
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

**TRUSTEE:**
NANCY J. WHALEY
303 PEACHTREE CENTER AVE.
SUITE 120
ATLANTA, GA  30303